```
                IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION
```

JANET R. WHITE                                              PLAINTIFF

VS.                                   CIVIL ACTION NO: 5:14-CV-42-DCB-MTP

WAL-MART STORES EAST, LP AND
JOHN DOE PERSON(S)                                          DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

The Court having received written notice of Voluntary Dismissal from the Plaintiff **[docket entry 25]**, and the Court being desirous of closing this matter on its docket,

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice as to all parties.

SO ORDERED, this the   11th   day of June, 2015.


                                    s/David Bramlette
                              UNITED STATES DISTRICT JUDGE